GEOFFREY HANSEN
Acting Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Mattheau Faithauer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00074 MEJ |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER PERMITTING DEFENDANT TO |
| v. ) | TRAVEL OUT OF DISTRICT TO |
| ) | MEXICO FROM AUGUST 17, 2012 TO |
| MATTHEAU FAITHAUER, ) | AUGUST 24, 2012 |
| ) | |
| Defendant. ) | |
| ) | |

STIPULATION AND [PROPOSED] ORDER
No. CR 12-00074 MEJ

**STIPULATION**

Defendant Mattheau Faithauer requests permission to travel with his wife to Mexico (flying in to Cancun and staying in Playa Del Carmen) from August 17 to 24, 2012. Mr. Faithauer's sentencing is scheduled for October 4, 2012.

U.S. Pretrial Services Office Kenneth Gibson and government counsel Acadia Senese have no objection to this request.

SO STIPULATED.

Dated: 7/3/2012

MELINDA HAAG
United States Attorney

/s/

ACADIA SENESE
Assistant United States Attorney

Dated: 7/3/2012

/s/

SHAWN HALBERT
Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER
No. CR 12-00074 MEJ

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 12-00074 MEJ |
| | ) | |
| v. | ) | [~~PROPOSED~~] ORDER |
| | ) | |
| MATTHEAU FAITHAUER, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, IT IS HEREBY ORDERED that defendant Mattheau Faithauer shall be permitted to travel outside of the Northern District of California to Mexico from August 17, 2012 to August 24, 2012.

SO ORDERED.

DATED: July 5, 2012

_____
MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. CR 12-00074 MEJ